UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TAMRYN SPRUILL, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOX MEDIA, INC., a Delaware corporation (d.b.a. SB NATION); and DOES 1 to 10 inclusive,<br><br>Defendants. | CASE NO. 18-cv-06807-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO TRANSFER AND ALLOW LEAVE TO AMEND, AS MODIFIED BY THE COURT**<br><br>Hearing Date: None set<br>Time: None set<br>Dept: Courtroom 3, 3rd Floor<br>Before: Hon. Phyllis J. Hamilton<br>Trial Date: None Set<br><br>Action Filed:   September 21, 2018 |

| | |
|---|---|
| 1 | **JOINT STIPULATION** |
| 2 | Pursuant to Civil Local Rule 7-12, and subject to the Court's approval, Plaintiff TAMRYN |
| 3 | SPRUILL ("Plaintiff") and Defendant VOX MEDIA, INC. ("Defendant"), through their respective |
| 4 | attorneys, stipulate as follows: |
| 5 | WHEREAS, Plaintiff filed a complaint in this action in the Superior Court of the State of |
| 6 | California in Alameda County on September 21, 2018 in *Spruill v. Vox Media, Inc.*, No. 18921742; |
| 7 | WHEREAS, Defendant filed a notice of removal to the United States District Court, Northern |
| 8 | District of California on November 9, 2018, ECF No. 1; |
| 9 | WHEREAS, shortly thereafter, on November 16, 2018, Defendant filed a Motion to Dismiss, |
| 10 | Stay, or Transfer Proceedings ECF No. 11, seeking the dismissal or stay of this matter or, in the |
| 11 | alternative, transfer for coordination with the case of *Bradley v. Vox Media, Inc.*, No. 1:17-cv-01791 |
| 12 | (D.D.C.), which has been pending for more than a year, on the ground that because the parties and |
| 13 | issues in this case are substantially similar to those in *Bradley*, application of the first-to-file rule |
| 14 | would avoid the risk of inconsistent decisions and would conserve judicial and litigant resources; |
| 15 | WHEREAS, Plaintiff filed a motion to remand the proceedings to Alameda Superior Court on |
| 16 | December 5, 2018, ECF No. 23; |
| 17 | WHEREAS, in accordance with the schedule ordered by the Court, ECF No. 25, Defendant |
| 18 | filed an opposition to the motion to remand on January 4, 2019, ECF No. 26; |
| 19 | WHEREAS, Plaintiff now agrees that federal jurisdiction under the Class Action Fairness Act |
| 20 | of 2005 is proper and will file a notice of withdrawal of the motion to remand within 48 hours of |
| 21 | entry of this stipulation; |
| 22 | WHEREAS, the parties now agree that transfer of this matter to the U.S. District Court for the |
| 23 | District of Columbia for coordination with the *Bradley* case is in the interests of the parties and the |
| 24 | Court given the substantial overlap between the cases; and |
| 25 | WHEREAS, Plaintiff has indicated that she intends to amend her complaint to, among other |
| 26 | things, add a claim under the California Private Attorney General Act, Cal. Labor Code § 2699. |
| 27 | NOW, THEREFORE, IT IS AGREED: |
| 28 | 1. Within 48 hours of entry of this stipulation, Plaintiff shall file a notice withdrawing |

1

JOINT STIPULATION AND [PROPOSED] ORDER TO TRANSFER AND ALLOW LEAVE TO AMEND, AS MODIFIED BY THE COURT
CASE NO. 18-CV-06807-PJH

1. her motion to remand in compliance with Local Civil Rule 7-7;

2. This case shall be transferred to the United States District Court for the District of Columbia, where the Parties agree that coordination with *Bradley v. Vox Media, Inc.*, No. 1:17-cv-01791 (D.D.C.) is appropriate;

3. Plaintiff shall have 30 days from issuance of notice that the case has been received by the District Court for the District of Columbia to file an amended complaint.

Respectfully submitted,

Dated: January 23, 2019

By: */s/ Katherine V.A. Smith*
    Katherine V.A. Smith

GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Defendant Vox Media, Inc.*

By: */s/ David Borgen*
    David Borgen

GOLDSTEIN, BORGEN, DARDARIAN & HO

*Attorneys for Plaintiff and the Putative Class*

**DECLARATION OF FILER PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the signatories.

Dated: January 23, 2019    GIBSON, DUNN & CRUTCHER LLP.

By: */s/ Katherine V.A. Smith*
    Katherine V.A. Smith

# [PROPOSED] ORDER, AS MODIFIED BY THE COURT

**PURSUANT TO THE FOREGOING STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:**

1. By this stipulation, Plaintiff withdraws her motion to remand in compliance with Local Civil Rule 7-7;

2. The Court hereby transfers this case to the United States District Court for the District of Columbia ("D.D.C.") so that D.D.C. may coordinate this action with *Bradley v. Vox Media, Inc.*, No. 1:17-cv-01791 (D.D.C.), if it deems appropriate to do so; and

3. Plaintiff shall have 30 days from issuance of notice that the case has been received by the District Court for the District of Columbia to file an amended complaint.

Dated: January 23, 2019

_____
Honorable Phyllis J. Hamilton, Chief United States District Judge

3

JOINT STIPULATION AND [PROPOSED] ORDER TO TRANSFER AND ALLOW LEAVE TO AMEND, AS MODIFIED BY THE COURT
CASE NO. 18-CV-06807-PJH